BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H.T. HIMEL #66194
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter Of The Tax Indebtedness Of:<br><br>D & V MACHINE SHOP & PUMP CO., 1903 NAVY DR., STOCKTON, CA 95206,<br><br>Ex Parte UNITED STATES OF AMERICA, and REVENUE OFFICER HANNAH THOMPSON,<br><br>    Applicants for Order. | No.  2:14-mc-00094-KJM-KJN<br><br>**ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY** |

   The United States has filed an application requesting authorization for Hannah Thompson, a Revenue Officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 1903 Navy Dr., Stockton, CA  95206 for a period up to 21 business days, in order to seize property in satisfaction of unpaid federal taxes, together with the Revenue Officer's affidavit in support of that application. The Court finds, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to D & V Machine Shop & Pump Co. Inc. that are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described.

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

It therefore is ORDERED that Hannah Thompson and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described for a period up to 21 business days and to make such search as is necessary in order to levy and seize assets pursuant to 26 U.S.C. § 6331.  In making this search and seizure, however, such Revenue Officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 10 days of the date of this order for a period of up to 21 business days.

It is further ORDERED that if D & V Machine Shop & Pump Co. Inc. or occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, seeking to enter the premises described under the authority of this writ, the Revenue Officer and/or other employees shall withdraw, and may apply to the Court for such further processes as are necessary to enforce the terms of this order including a citation for contempt of this Court.

It is further ORDERED that the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, shall leave a copy of this writ with the person in possession of the premises, and promptly after the entry and seizure, the officers executing this writ shall make their return to this Court with a statement of the time and circumstances of the entry and seizure.

Dated:  July 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY